COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Karen Kristine Silvio v. Jo-Lynn Boggan, Adminitratix of the Estate of Sybil Christine Silvio |
| Appellate case number: | 01-16-00258-CV |
| Trial court case number: | 2016-15418 |
| Trial court: | 129th District Court of Harris County |

On March 8, 2016, appellant, Karen Kristine Silvio, filed an emergency motion to stay pending appeal of eviction. The Court **grants** the stay of the eviction. The Court requests that the appellee, Jo-Lynn Boggan, Adminitratix of the Estate of Sybil Christine Silvio, respond to the emergency motion by no later than ten days from the date of this order. It is therefore **ordered** that the response of the appellee, if any, shall be due by Monday, April 18, 2016.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown

               ☒ Acting individually   ☐ Acting for the Court

Date: April 8, 2016